PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Sep 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERALD DICKERSON, and <br> AMY WILLIAMS, <br><br> Defendants. | CASE NO. 1:21-CR-00224-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 9, 2021 charging the above defendants with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 922(a)(6) – False Statement in Acquisition of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary

1  for the issuance and execution of the warrants.

2

3  DATED: September 9, 2021                    Respectfully submitted,

4                                              PHILLIP A. TALBERT
                                               Acting United States Attorney
5

6                                    By    /s/ STEPHANIE M. STOKMAN
                                           STEPHANIE M. STOKMAN
7                                          Assistant U.S. Attorney

8

9          IT IS SO ORDERED.

10 Dated:  September 9, 2021

11                                             ERICA P. GROSJEAN
                                               U.S. Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Seal Indictment                        2