IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GERALD DICKERSON et al.,<br><br>                    Defendant. | CASE NO.  1:21-CR-00224-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on September 9, 2021, be unsealed and become public record.

IT IS SO ORDERED.

  Dated:   **September 20, 2021**            _____ **/s/ Jennifer L. Thurston**
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE