**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO:  1:21-CR-00224-DAD-BAM |
| GERALD DICKERSON, ET AL., | |
| Defendants. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:    Gerald DICKERSON

Detained at      High Desert State Prison, located at 475-750 Rice Canyon Rd

Susanville, California in Lassen County

Detainee is:      a.)    ☒ charged in this district by:      ☒ Indictment  ☐ Information  ☐ Complaint

charging detainee with:    Title 18 U.S.C. § 922(g)

or      b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or      b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary on October 6, 2021 at 2 p.m. in the Eastern District of California.***

Signature:

Printed Name & Phone No:      Stephanie M. Stokman 559-286-6109

Attorney of Record for:      United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum            ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on October 6, 2021** for an appearance at **2:00 p.m** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____**Sep 27, 2021**_____          _____

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | "Peanut" | ☒Male   ☐Female |
| Booking or CDC #: | AU08318 | DOB:   11/06/1994 |
| Facility Address: | 475-750 Rice Canyon Rd, Susanville, CA | Race:   B |
| Facility Phone: | | FBI#:   757780ED8 |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____          _____

(signature)