IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:21-CR-00224-1-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| GERALD DICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Richard M. Oberto be appointed to represent the above

defendant in this case effective *nunc pro tunc* to October 5, 2021.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **October 7, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

-1-