PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00224-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GERALD DICKERSON, AND AMY WILLIAMS, | DATE: October 25, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 25, 2023.

2. By this stipulation, defendants now move to continue the status conference until July 12, 2023, and to exclude time between October 25, 2023, and July 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel has requested additional discovery and the government is currently in the process of reviewing these requests and working to provide the requested material. Some, if not all, of the requested

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

material was produced on June 22, 2023.

      b)     Counsel for defendants desire additional time to further review discovery, discuss potential resolution with their clients and the government, and investigate and prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2023 to July 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      g)     The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 3, 2023                                         PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                               /s/ STEPHANIE M. STOKMAN
                                                                              STEPHANIE M. STOKMAN
                                                                              Assistant United States Attorney

Dated:  July 3, 2023                                         /s/ RICHARD OBERTO
                                                                              RICHARD OBERTO
                                                                              Counsel for Defendant
                                                                              GERALD DICKERSON

Dated:  July 3, 2023                                         /s/ REED GRANTHAM
                                                                              REED GRANTHAM
                                                                              Counsel for Defendant
                                                                              AMY WILLIAMS

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 12, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 5, 2023**                              /s/ Barbara A. McAuliffe
                                                                              UNITED STATES MAGISTRATE JUDGE