## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-00224-NODJ-BAM-1 |
| | ) | |
| GERALD DICKERSON | ) | |

## ORDER

**BEFORE THE COURT** is Defendant Gerald Dickerson's Counsel's Motion to Appear Virtually at Status Conference. The Court being sufficiently advised, it is hereby:

The request of Counsel Katryna Lyn Spearman, Esq. to participate in the status conference on May 22, 2024, via video conference is GRANTED.  The Court will permit a _one-time Zoom appearance_ based on counsel's declaration.  However, ALL future appearances must be made by counsel or by local counsel.  Zoom appearances will not be permitted.  At the hearing, the Court will discuss the adequacy of Mr. Dickerson's representation.

IT IS SO ORDERED.

Dated:   __May 22, 2024__          _____/s/ _Barbara A. McAuliffe_____
                                                    UNITED STATES MAGISTRATE JUDGE