MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  GERALD DICKERSON,  Defendant. | CASE NO. 1:21-CR-00224-NODJ-BAM  STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 26, 2025.

2. By this stipulation, the parties now move to vacate and continue the status conference date for a change of plea for defendant Dickerson until March 10, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) A plea agreement has been signed in filed in this matter, and a change of plea for March 10, 2025 is appropriate.

    b) The parties stipulate that the period of time until March 10, 2025, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 19, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: February 19, 2025

/s/ SERGUEL MAWUKO AKITI
SERGUEL MAWUKO AKITI
Counsel for Defendant
GERALD DICKERSON

**ORDER**

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. A change of plea hearing is set for **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **February 20, 2025**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE